FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2024

SEAN F. McAVOY, CLERK

1

2

3

4

5                  UNITED STATES DISTRICT COURT

6                EASTERN DISTRICT OF WASHINGTON

7  | ANGELA J. C.,                        |
8  |                    Plaintiff,        | NO:  2:24-CV-42-RMP
9  |     v.                               | ORDER GRANTING STIPULATED
   |                                      | MOTION TO REMAND
10 | COMMISSIONER OF SOCIAL               |
   | SECURITY,                            |
11 |                    Defendant.        |
12

13        BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant

14  to sentence four of 42 U.S.C. § 405(g).  ECF No. 12.  Plaintiff Angela J.C.[1] is

15  represented by attorney Jordan Goddard.  The Commissioner of Social Security is

16  represented by Special Assistant United States Attorney John Drenning.

17        After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated

18  Motion for Remand, **ECF No. 12**, is **GRANTED**.  Plaintiff's Opening Brief, **ECF

19  No. 8**, is **DENIED AS MOOT**.

20

21  _____

[1] The Court uses Plaintiff's first name and middle and last initials to protect her
privacy.

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

Pursuant to the parties' stipulation, the Commissioner's final decision is **reversed and remanded** under sentence four of 42 U.S.C. §405(g). *See* ECF No. 12 at 1–3. On remand, the Appeals Council will refer the case to an Administrative Law Judge ("ALJ") to: reevaluate the claimant's subjective complaints; assess the claimant's need for regular leg elevation; consider the medical necessity of supplemental oxygen and a bidet; reassess the claimant's residual functional capacity, as needed; continue with the sequential evaluation; offer the claimant the opportunity for a supplemental hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision. *See id.* at 1–2.

Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** June 7, 2024.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 2